# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff | : | |
| | : | |
| vs. | : | No. 13-4530 |
| | : | |
| RICHARD L. BROWN, JR., | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 20th day of February, 2014, upon consideration of the plaintiff's motion for default judgment (Doc. No. 8), it is hereby **ORDERED** that the plaintiff's motion for default judgment is **DENIED** without prejudice.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.