# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **No. 13-4530** |
| | : | |
| **RICHARD L. BROWN, JR.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 28th day of January 2015, upon consideration of the plaintiff's motion for default judgment (Doc. No. 13), it is hereby **ORDERED** that the plaintiff's motion for default judgment is **DENIED** without prejudice.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.